United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 13, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-30858
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MALCOLM SCOTT GUILLORY,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:05-CR-20142
--------------------

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM:[*]

Malcolm Scott Guillory appeals the sentence imposed
following his plea of guilty to one count of distribution of
cocaine base in violation of 21 U.S.C. § 841(a). The parties
contend that the record is not sufficient to establish whether
Guillory's prior conviction for simple burglary under Louisiana
law was a crime of violence for purposes of the career offender
enhancement under U.S.S.G. § 4B1.1. Thus, they request that the
matter be remanded for development of the record and resentencing
with respect to the application of the § 4B1.1 enhancement.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

After reviewing the record, we agree with the parties that a remand is appropriate.  See United States v. Garcia, 470 F.3d 1143, 1146 (5th Cir. 2006).  Accordingly, we VACATE Guillory's sentence and we REMAND for development of the record and resentencing.  See id.  The judgment of the district court is in all other respects AFFIRMED.